AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Wilmar Jeovanny Montano Alvarado | ) Case No. |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Wilmar Jeovanny Montano Alvarado,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a)(1), (2), and (4) - Restricted building or grounds
40 USC 5104(e)(2)(D), (E), and (F) - Violent entry or disorderly conduct
18 USC 231(a)(3) - Civil disorders
18 USC 111(a)(1) - Assaulting, resisting, or impeding certain officers or employees
18 USC 1512(c)(2) & 2 - Obstruction of an official proceeding

Date: 01/26/2021

*Issuing officer's signature*
G. Michael Harvey
2021.01.26 23:13:28 -05'00'

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/26/2021, and the person was arrested on *(date)* 1/28/2021
at *(city and state)* Houston, TX.

Date: 1/29/2021

*Arresting officer's signature*

Casey M. Villarreal, FBI Special Agent
*Printed name and title*