NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                            Criminal Number  1:21-cr-00154

Wilmar Montano-Alvarado
(Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☐ RETAINED            ☒ FEDERAL PUBLIC DEFENDER

/S/ Alex Omar Rosa-Ambert
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Alex Omar Rosa Ambert/Southern District of Texas No. 3644073
(Attorney & Bar ID Number)

Federal Public Defenders for the Southern District of Texas
(Firm Name)

440 Louisiana St., Suite 1350
(Street Address)

Houston            Texas            77002
(City)            (State)            (Zip)

713-718-4600
(Telephone Number)