**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. **WILMAR MONTANO-ALVARADO** Defendant | **USDC Case: 21-0154(RJL)** |

**MOTION TO CONTINUE STATUS CONFERENCE
DUE TO A CALENDAR CONFLICT**

**TO THE HONORABLE RICHARD J. LEON,
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA:**

**COMES NOW the appearing defendant**, through the undersigned counsel who, very respectfully, **STATES** and **PRAYS** as follows**:**

1. On December 15th, 2022, this Honorable Court set a further status conference on the case at bar for January 4th, 2023 at 4:00 p.m. EST.

2. However, and at the same date and time, the undersigned is scheduled to appear as a lecturer in the Southern District of Texas Trial Workshop.

3. The workshop was scheduled in November, before this Honorable Court rescheduled the status conference in this case.

4. Participants for the workshop have already confirmed their assistance.

1

5. Accordingly, we respectfully request that this Honorable Court resets the status conference on the above captioned case to 4:00 p.m. on any date other than January 10th, 2023.

6. The undersigned has discussed this continuance request with the Government, and no objection was raised by opposing counsel.

7. Moreover, Mr. Montano Alvarado consents to the exclusion of the time requested herein from computation under the Speedy Trial Act.

**WHEREFORE** it is respectfully requested that the Status Conference on the above captioned case be rescheduled due to a calendar conflict.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed an exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing**.**

**RESPECTFULLY SUBMITTED.**

In Houston, Texas this 23rd day of December, 2022.

**MARJORIE A. MEYERS**
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

**By /s/ Alex Omar Rosa-Ambert**
ALEX OMAR ROSA-AMBERT
Assistant Federal Public Defender
Attorney-in-Charge
Puerto Rico State Bar ID No. 15048
Southern District of Texas No. 3644073
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas 77002-1056
Telephone:  713.718.4600
Fax: 713.718.4610
alex_rosa-ambert@fd.org