UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-154 (RJL) |
| | : | |
| WILMAR JEOVANNY | : | |
| MONTANO ALVARADO, | : | |
| | : | |
| Defendant. | : | |

### STIPULATIONS OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Wilmar Jeovanny Montano Alvarado, with the concurrence of his attorneys, agree and stipulate to the following:

#### *Stipulated Testimony*

The parties have agreed what Daniel Schwager's (former General Counsel, Secretary of the U.S. Senate) testimony would be if called as a witness. *See* Government Exhibit 002 and subparts (transcript and accompanying exhibits from trial in *United States v. Hostetter*, 21-cr-392 (Tr. July 6, 2023)). The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

The parties have agreed what Edward Tippett's (Safeway) testimony would be if called as a witness. *See* Government Exhibit 003 and subparts (transcript and accompanying exhibits from trial in *United States v. GossJankowski*, 21-cr-123 (Tr. March 9, 2023)). The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

1

### *Translations of Certain Messages from Spanish to English*

The table below sets forth messages sent from or to Wilmar Jeovanny Montano Alvarado. These messages have been marked as government exhibits, and the corresponding exhibit number is listed in the first column of the table below. The text in the "English translation" column below accurately translates the text in the "Original message" column below from Spanish to English.

| Exhibit | Date | Original message | English translation |
|---|---|---|---|
| 602.9 | 1/6/2021 12:51:51 AM UTC | Apoco vas tambien ala marcha que va ver manana aya?? | Are you also going to the march what are you going to see tomorrow? |
| 602.20 | 11/4/2020, 8:13:09 PM UTC | Crees que gane Trump? | Do you think Trump wins? |
| 602.20 | 11/4/2020, 8:13:42 PM UTC | Yo creo que sí | I think so |
| 602.20 | 11/4/2020, 8:13:50 PM UTC | Ahorita se van a ir a cortes | Now they are going to go to court |
| 602.20 | 11/4/2020, 8:14:07 PM UTC | Los demócratas quieren hacer frauds | Democrats want to make fraud |
| 602.20 | 11/5/2020 2:17:26 AM UTC | La gente esta loca, no quieren abrir los ojos | People are crazy, they don't want to open their eyes |
| 602.20 | 11/5/2020 2:17:56 AM UTC | Pues si, vos crees que los van a abrir ? No quieren | Wells yes, do you think they are going to open them? They don't want to |
| 602.20 | 11/6/2020 9:24:01 PM UTC | Todavia no an dicho quien gano? | They still have not said who won? |
| 602.20 | 11/6/2020 9:47:59 PM UTC | No aun no | Not yet |
| 602.20 | 11/7/2020 4:46:13 PM UTC | Si lo acabo de ver, pero no puede cantar Victoria todavía. Falta mucho por delante | I just saw it, but can't claim victory yet. There is still a long way to go |
| 602.20 | 11/7/2020 4:46:44 PM UTC | Oh ok, ya me avia afligido | Oh ok, I was already upset |

| 602.20 | 11/7/2020 4:50:22 PM UTC | No, los noticieros si lo han declarado ganador pero no se la va a acabar | No, the news has declared him the winner but he is not going to finish it |
|---|---|---|---|
| 602.20 | 11/16/2020 8:47:18 PM UTC | Que tal vancon lo de las votaciones | How are things going with the voting |
| 602.20 | 11/16/2020 9:16:00 PM UTC | Estan en reconteos y en cortes. Estas semanas van a estar buenas. | They are in recounts and in cuts. These weeks are going to be good. |
| 602.24 | 11/10/2020 2:12:24 AM UTC | Si asi es. Pues Biden se declaró ganador pero no ha terminado porque hay sospechas de fraude electoral. Ya van a ir a cortes para disputas haber que sucede | Yes that's how it is. Well, Biden declared himself the winner but it is not over because there are suspicions of electoral fraud. They are going to go to court to dispute what happens. |