**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**WILMAR JEOVANNY MONTANO ALVARADO,**<br><br>**Defendant.** | **Case No. 21-cr-154 (RJL)** |

**JOINT STATUS REPORT**

The United States of America, through undersigned counsel, and counsel for the defendant, Wilmar Jeovanny Montano Alvarado, respectfully submits this joint status report in response to the Court's November 8, 2024 Order. In that Order, the Court directed the parties to submit a joint status report proposing future possible dates for sentencing. The parties have consulted and state their respective positions as follows:

***Government's Position***

The government respectfully requests that the Court schedule sentencing in this case in in early January 2025. The government can be available at the Court's convenience, on any date after January 3, 2024. In support, the government provides the following:

1. The defendant was charged in this case on January 26, 2021—nearly four years ago. *See* ECF No. 1.
2. The Court held trial beginning on October 16, 2023. The Court rendered its verdict on October 24, 2023. ECF Minute Order (10/24/2023). In the verdict, the Court found the defendant guilty on multiple felony counts. *See id.*
3. The Court scheduled sentencing for February 8, 2024—more than nine months ago. *Id.*

4. On January 5, 2024, the U.S. Probation Office (USPO) filed the draft presentence report. ECF No. 72. The USPO provided the parties until January 19, 2024, to submit any objections. *Id.*

5. On January 19, 2024, the deadline for responding to the draft report, defense moved for an extension of time to file objections. ECF No. 77. The Court granted that motion and continued sentencing. ECF Minute Order (1/22/2024). The Court ordered that objections to the draft report be submitted by February 19, 2024. *Id.*

6. On February 19, 2024, the second deadline for responding to the draft report, defense moved for another extension of time to file objections. ECF No. 79. The Court granted that motion and continued sentencing. ECF Minute Order (2/20/2024). The Court ordered that objections to the draft report be submitted by March 6, 2024. *Id.*

7. On March 4, 2024, the defendant filed a motion to stay deadlines and sentencing pending resolution by the Supreme Court in the case of *United States v. Fischer*. ECF No. 80. The Court granted that request to further delay, for a third time, sentencing. ECF Minute Order (3/6/2024).

8. On July 17, 2024, the Court ordered the parties to file a joint status report regarding the impact of the *Fischer* case. ECF Minute Order (7/17/2024).

9. On August 28, 2024, the parties filed a joint status report. ECF No. 81. In that report, the government indicated that it intended to dismiss the 18 U.S.C. § 1512(c)(2) count. Specifically, the government indicated that it intended to move to dismiss the Section 1512(c)(2) count, and specifically noted in support "the length of time since the defendant's conviction in October 2023" and the interest to proceed "as expeditiously as possible" with sentencing. *Id.* at 2. In that filing, the defendant asserted that Count Three must be set aside,

because the defendant did not believe that the "other felony," which made the 18 U.S.C. § 111 case a felony, could be 18 U.S.C. § 231. *But see United States v. Stevens*, 105 F.4th 173 (D.C. Cir. 2024) (holding that 18 U.S.C. § 231 *can* be the "other felony" for purposes of a Section 111(a)(1) conviction).

10. After briefing on the 18 U.S.C. § 111 conviction, the Court vacated the felony conviction to that count. The Court ordered the parties to file the present status report, indicating a proposed date for sentencing. *See* ECF Minute Order (11/8/2024).

11. Undersigned counsel for the government and undersigned counsel for the defendant have conferred regarding the schedule for sentencing. It is the parties' mutual understanding that the draft presentence report should be updated to reflect the vacatur of the Section 1512(c)(2) conviction and to reflect the misdemeanor Section 111(a) conviction. Undersigned counsel for the government spoke with the Probation Office, and that office indicated that, once the Court orders the Probation Office to update the presentence report, that report can be finalized within 30 days.

12. As such, the government respectfully requests that, upon filing of this motion, the Court order the Probation Office to update the presentence report. The government respectfully requests a sentencing date in early January, which would provide sufficient time for the Probation Office to update and finalize the report, the parties to provide any objections, and the parties to file sentencing memorandum.

13. No additional delay is warranted here. As the Court knows, this defendant was convicted following a trial more than one year ago. The draft PSR, setting forth the applicable guidelines provisions, as well as all other relevant factual information, has been available to the parties for eleven months. The parties have had ample time to review the report.

Additionally, although the guidelines calculation will change in the updated report, the original draft report included the relevant guidelines for each offense of conviction, so the parties have been apprised of the relevant guidelines provisions from the Probation Office for more than eleven months. No further delay is warranted.

***Defendant's Position***

1. The Federal Public Defender's Office from the Southern District of Texas essentially agrees with the Government's summary of the status of the case.
2. Notwithstanding, Mr. Montano-Alvarado respectfully disagrees with the impact of the amendments that the Presentence Report requires on the subsequent procedural steps that will occur before sentencing. As the Presentence Report will be significantly altered following this Honorable Court's ruling on Count III of the Superseding Indictment.
3. Specifically, and pursuant to Federal Rule of Criminal Procedure 32(f)(1) and 32(e)(2), the undersigned respectfully requests that this Honorable Court set the sentencing hearing in this case to a date no less than 35 days after the amended Presentence Report is notified to the parties.
4. The Federal Public Defender's Office from the Southern District of Texas will commit all its efforts to ensure that we can coordinate and calendarize the corresponding travel to appear at the sentencing date scheduled by this Honorable Court.

**Respectfully submitted,**

**MATTHEW M. GRAVES**
UNITED STATES ATTORNEY

**BY:** ***/s/ Ashley Akers***
ASHLEY AKERS
Senior Trial Counsel
MO Bar No. 69601
Trial Attorney, Detailee

601 D Street NW
Washington, D.C. 20001
(202) 305-5642
Ashley.Akers@usdoj.gov

**PHILIP G. GALLAGHER**
Interim Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

**By /s/ Alex Omar Rosa-Ambert**
**ALEX OMAR ROSA-AMBERT**
Assistant Federal Public Defender
Puerto Rico State Bar ID No. 15048
Southern District of Texas No. 3644073
**HEATHER MICHELLE HUGHES**
Texas State Bar ID. No. 24116543
Southern District of Texas No. 3473328
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas 77002-1056
Telephone: 713.718.4600
Fax: 713.718.4610
alex_rosa-ambert@fd.org
heather_hughes@fd.org

**CERTIFICATE OF SERVICE**

I certify that on November 22, 2024, a copy of the foregoing was served by Notification of Electronic Filing to all the parties of record.

/s/ Alex Rosa-Ambert
ALEX ROSA-AMBERT