UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILMAR MONTANO ALVARADO,<br><br>Defendant. | Case No. 21-CR-154 (RJL) |

**UNITED STATES' RESPONSE TO DEFENDANT'S ECF NO. 93
MOTION FOR RETURN OF PASSPORT / "MOTION FOR RETURN OF SURETY"**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, responds to the defendant's motion to return his passport and a surety bond. See ECF 93.

The defendant's passport was returned to him via FedEx on Monday, April 7, 2025. A surety bond was never received by the Clerk's Office in the Southern District of Texas. A surety bond was not included as a pre-trial condition in the District of Columbia; thus, no surety bond was received by the Clerk in the District of Columbia. Therefore, the motion should be denied as moot.

Respectfully submitted,

EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068

1